JJ

Filed in The District Court
of Travis County, Texas

SEP 01 2006
At 2:14p M.
Amalia Rodriguez-Mendoza, Clerk

RECEIVED
COURT OF CRIMINAL APPEALS
6/13/2016
ABEL ACOSTA, CLERK

CAUSE NO. D-1-FM-04-004690

| | | |
|---|---|---|
| IN THE INTEREST OF | § | IN THE DISTRICT COURT OF |
| | § | |
| HANNAH STRITZINGER, JAMES STRITZINGER, AND LUCY STRITZINGER, CHILDREN | § § § | TRAVIS COUNTY, TEXAS<br>98TH JUDICIAL DISTRICT |

# ORDER IN SUIT TO MODIFY PARENT-CHILD RELATIONSHIP

On July 24, 2006 the Court heard Katherine Wright's Petition to Modify and John Stritzinger's Counter-Petition to Modify.

## Appearances

Petitioner, Katherine Wright, appeared in person and through attorney of record, Jim Richardson, and announced ready for trial.

Respondent, John Stritzinger, appeared in person and through attorney of record, Andrea St. Leger, and announced ready for trial.

## Jurisdiction

The Court, after examining the record and the evidence and argument of counsel, finds that it has jurisdiction of this case and of all the parties and that no other court has continuing, exclusive jurisdiction of this case. All persons entitled to citation were properly cited.

## Jury

A jury was waived, and all questions of fact and of law were submitted to the Court.

## Record

The record of testimony was duly reported by the court reporter for the 98th Judicial District Court.

**Children**

The Court finds that the following children are the subject of this suit:

Name: Hannah Stritzinger
Sex: Female
Birth date: April 16, 1999
Home state: Texas
Social Security number: xxx-xx-9871
Driver's license number and issuing state: N/A

Name: James Stritzinger
Sex: Male
Birth date: November 12, 2000
Home state: Texas
Social Security number: xxx-xx-8545
Driver's license number and issuing state: N/A

Name: Lucy Stritzinger
Sex: Female
Birth date: September 5, 2002
Home state: Texas
Social Security number: xxx-xx-6419
Driver's license number and issuing state: N/A

**Findings**

The Court finds that the following material and substantial changes have occurred since the entry of the Agreed Final Decree of Divorce on May 5, 2005:

1. The severity of Hannah Stritzinger's condition became clear;

2. The parties' opinions and attitudes regarding Roberta Rosen changed, rendering her position as a default third party decision-maker ineffective;

3. Some portions of the Agreed Final Decree of Divorce have proven to be unworkable since its entry.

The Court finds that Petitioner's and Respondent's requests for exclusive decision making regarding education are DENIED.

The Court finds that the following modifications to the Agreed Final Decree of Divorce are in the best interest and welfare of the children. IT IS ORDERED that the modifications as set forth below are GRANTED and all other provisions of the Agreed Final Decree rendered May 5, 2005 not specifically modified below shall remain in effect.

**Conservatorship**

Page 7, the following language shall be stricken from (D) 5: Conservatorship.

"subject to the conditions more fully set out hereinbelow in section IX"

**Orders Regarding Educational Testing, Educational Consultant, Decisions and Expenses**

Page 10, the following language shall be stricken from paragraph "A. *Educational Testing*":

"... and also provided to the agreed upon educational consultant, Roberta Rosen, to assess Hannah Stritzinger's educational needs and Roberta Rosen shall recommend a school or schools most able to accommodate Hannah Stritzinger's needs. IT IS ORDERED that Roberta Rosen may consult with Nancy Nussbaum regarding her testing and test results, relating to Hannah Stritzinger."

Page 10, the language beginning with "B. *Educational Consultant*" through the end of the first paragraph on Page 13 shall be stricken.

Page 12, the following language shall be stricken from paragraph "C. *Payment of School Tuition*":

"... or as recommended by Roberta A. Rosen,"

**Participation in Team Sports/Activities**

Page 23, paragraph "11. Participation in Team Sports/Activities" shall be modified as follows:

"IT IS ORDERED that John Stritzinger and Katherine Stritzinger shall encourage the children to participate in team sports and activities and that each parent is ORDERED

to transport the children during his or her period of possession to the one sport or activity designated for each child as set forth below:

Beginning Fall 2006, Katherine Wright shall designate one team sport or activity per child for alternating seasons with seasons being defined as Fall, Spring and Summer.

Beginning Spring 2007, John Stritzinger shall designate one team sport or activity per child for alternating seasons with seasons being defined as Fall, Spring and Summer."

**School Functions**

IT IS ORDERED that each parent shall transport the children to and from school functions occurring during his or her period of possession. The term "school functions" is defined as weekend parent mornings twice each year, moon and sun garden campout in May, winter and spring fairs, Halloween Pumpkin Path Celebration in October, the April gala fund-raiser, one lantern walk, any graduation ceremony for the Stritzinger children, work days (two mornings twice per year), plays, the welcome back to school party, and Grandparents Day (once each year). Each parent shall also transport the child to and from major functions of Rawson Saunders School during his or her period of possess.

**Schools Beginning Fall of 2006**

IT IS ORDERED that beginning in the Fall of 2006, Hannah Stritzinger shall attend Rawson-Saunders School, James Stritzinger shall attend The Austin Waldorf School, and Lucy Stritzinger shall attend The Austin Waldorf School.

**Agreement Regarding Transportation of Children to and From Schools**

The parties have agreed and IT IS SO ORDERED that John Stritzinger will transport Hannah to Rawson Saunders each morning Monday through Friday when her school is in session, except for an occasional day when John Stritzinger may be out of town in which

case such transportation to school will be Katherine Wright's responsibility. On those days when Katherine Wright has possession of Hannah on the night immediately preceding a school day, Katherine Wright will have Hannah ready for pickup by John Stritzinger by 7:15 a.m. the next day. Further, Katherine Wright will pick Hannah up from Rawson Saunders each afternoon Monday through Friday when her school is in session except when John Stritzinger has possession of Hannah or on an occasional day when Katherine Wright may be out of town or have irreconcilable scheduling conflicts, in which event transportation from school will be John Stritzinger's responsibility.

The parties have agreed and IT IS SO ORDERED that Katherine Wright will transport James and Lucy to Austin Waldorf School each morning Monday through Friday when their school is in session, except for an occasional day when Katherine Wright may be out of town in which case such transportation to school will be John Stritzinger's responsibility. When John Stritzinger has possession of James and Lucy on the night immediately preceding a school day for them, John Stritzinger will drop James and Lucy off at Katherine Wright's home at approximately 7:15 a.m. Further, Katherine Wright will pick James and Lucy up from Austin Waldorf School each afternoon Monday through Friday when their school is in session except when John Stritzinger has possession of them or on an occasional day when Katherine Wright may be out of town or have irreconcilable scheduling conflicts, in which event transportation from school will be John Stritzinger's responsibility.

This order regarding transportation of the children to and from school supercedes the Agreed Final Decree of Divorce to the extent of any inconsistency or conflict with its

provisions. If John Stritzinger moves to a location closer to Rawson Saunders School, the parties will adjust this provision to the extent necessary.

**Testing for James Stritzinger**

The parties agree that in January 2007, James Stritzinger will be tested by Dr. Linda Swank and receive a speech and language evaluation.

**Monthly Status Reports**

IT IS ORDERED that beginning September 2006, Susan McMillan, the children's psychologist, Linda Swank, Hannah Stritzinger's speech language pathologist, and Pat Sekel, the executive director at Rawson-Saunders School shall provide monthly written status reports with a copy to each parent regarding Hannah Stritzinger's progress directly to Judge John Dietz. Each parent shall cooperate with and not interfere with such professionals' recommendations or treatment of the children or change such professionals' longstanding appointments without the consent of the other parent. The parties agree that on the first Wednesday of each month, John Stritzinger will pick Hannah up from school and take her to the 3:00 p.m. appointment with Dr. McMillan, and return her to Katherine Wright immediately following the appointment.

**Status Conferences**

IT IS ORDERED that beginning in November 2006, and every third month thereafter until further Order of the Court, counsel for Katherine Wright, Katherine Wright, and counsel for John Stritzinger shall attend a status conference with the Honorable John Dietz.

**Case Retained**

IT IS ORDERED that any actions filed under Cause No. FM404690, shall be assigned to and heard by the Honorable John Dietz for as long as he serves as a Travis County District Judge or until he orders to the contrary.

**Injunctive Relief**

The permanent injunction granted below shall be effective immediately and shall be binding on Katherine Wright; on her agents, servants, employees, and attorneys; and on those persons in active concert or participation with them who receive actual notice of this order by personal service or otherwise.

IT IS ORDERED that Katherine Wright is permanently enjoined from:

1. Making disparaging remarks to the children;
2. Making disparaging remarks to any staff person at any school;
3. Retaining any new therapists, counselors, consultants or forensic experts for the children unless by agreement or Court order;
4. Engaging the services of any tutor for the children unless by agreement of the parties or Court order; and
5. Teaching the children herself, including teaching them in any correspondence or similar courses or supplementing their educations with computer assisted learning at home or elsewhere.

The permanent injunction granted below shall be effective immediately and shall be binding on John Stritzinger; on his agents, servants, employees, and attorneys; and on those persons in active concert or participation with them who receive actual notice of this order by personal service or otherwise.

IT IS ORDERED that John Stritzinger is permanently enjoined from:

1. Making disparaging remarks to the children;
2. Making disparaging remarks to any staff person at any school;

3. Retaining any new therapists, counselors, consultants or forensic experts for the children unless by agreement or Court order;

4. Engaging the services of any tutor for the children unless by agreement of the parties or Court order; and

5. Teaching the children himself, including teaching them in any correspondence or similar courses or supplementing their educations with computer assisted learning at home or elsewhere.

The above injunctions specifically do not prohibit either parent from assisting the children with assigned school projects or homework.

**Parenting Classes**

IT IS ORDERED that John Stritzinger and Katherine Wright will complete two parenting classes in the fall and two parenting classes in the spring at For Kids Sake beginning in Fall 2006 from the following classes, with Katherine Wright to make the class selections: No More Threats or Bribes, Positive Discipline with Consequences; Giving Our Kids the Love That Heals; How to Talk So Kids Will Listen – Effective Communication with Kids; Kids Can't Drive You Crazy Unless You Give Them the Keys; Five Love Languages of Children.

*Required Information.*

The information required for each party by section 105.006(a) of the Texas Family Code is as follows:

Name: Katherine Wright

| | |
|---|---|
| Social Security number: | xxx-xx-3233 |
| Driver's license number: | 20106525 Issuing state: Texas |
| Current residence address: | 12006 Colleyville Drive, Austin, Texas 78738 |
| Mailing address: | 12006 Colleyville Drive, Austin, Texas 78738 |
| Home telephone number: | (512) 402-0516 |
| Name of employer: | Wright Family Foundation |
| Address of employment: | 12006 Colleyville Drive, Austin, Texas 78738 |
| Work telephone number: | (410) 830-0407 |

Name: John Stritzinger

| | |
|---|---|
| Social Security number: | xxx-xx-7586 |
| Driver's license number: | 09443528 Issuing state: Texas |
| Current residence address: | 4301 Hookbilled Kite Drive, Austin, TX 78738 |
| Mailing address: | 4301 Hookbilled Kite Drive, Austin, TX 78738 |
| Home telephone number: | (512) 402-9441 |
| Name of employer: | Broadwing LLC |
| Address of employment: | 1122 Capital of Texas Highway, Austin, TX 78746 |
| Work telephone number: | (512) 742-5121 |

**Attorney's Fees**

IT IS ORDERED that Katherine Wright is ORDERED to pay all attorney's fees, expert fees and other litigation related professional fees incurred by her.

IT IS ORDERED that John Stritzinger is ORDERED to pay all attorney's fees, expert fees, and other litigation related professional fees incurred by him.

**Costs**

IT IS ORDERED that costs of court are to be borne by the party who incurred them.

*Discharge from Discovery Retention Requirement*

IT IS ORDERED that the parties and their respective attorneys are discharged from the requirement of keeping and storing the documents produced in this case in accordance with rule 191.4(d) of the Texas Rules of Civil Procedure.

**Relief Not Granted**

IT IS ORDERED that all relief requested in this case and not expressly granted is denied. All other terms of the Agreed Final Decree of Divorce not specifically modified in this order shall remain in full force and effect.

**Date of Order**

This order judicially PRONOUNCED AND RENDERED in court at Austin, Travis County, Texas, on July 25, 2006 and further noted on the court's docket sheet on the same date, but signed on 9/1/06.

JUDGE JOHN DIETZ

AGREED:

John S. Stritzinger III
4301 Hookbilled Kite Drive
Austin, Texas 78738

By: 
John S. Stritzinger III
*Pro Se*

RESPONDENT

By: 
Katherine Wright

PETITIONER

BANKSTON & RICHARDSON, LLP
400 W. 15th St., Suite 710
Austin, TX 78701
(512) 499-8855
(512) 499-8886 fax

By: 
James M. Richardson
State Bar No. 16864500

ATTORNEY FOR PETITIONER